# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROGER L. TRAVIS, | : | |
| Plaintiff, | : | Case No. 3:05CV009 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JO ANNE B. BARNHART,[1]<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON NOVEMBER 14, 2007 (DOC. #22); GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES (DOC. # 12)**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 14, 2007 (Doc. #22) is **ADOPTED** in full;

2. Plaintiff Roger L. Travis' Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #12) is GRANTED;

3. The Commissioner is ordered to pay Plaintiff Roger L. Travis' attorney fees in the amount of $3,252.50;

---

[1] The proper-party defendant is Michael J. Astrue, the present Commissioner of the Social Security Administration. For docketing continuity, the caption of this case will remain the same.

4. Plaintiff's counsel is ordered to reimburse Plaintiff in the amount of $3,252.50; and

5. The case remains terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge